Timothy J. Thomason (#009869)
tim.thomason@mwmf.com
Michael J. Plati (#016705)
mike.plati@mwmf.com
**MARISCAL, WEEKS, MCINTYRE
& FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100

Attorneys for Defendant National Credit Systems, Inc.

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Ray L. Glad,<br><br>            Plaintiff,<br><br>      v.<br><br>National Credit Systems, Inc.; and Experian Information Solutions, Inc.,<br><br>            Defendants. | **NO. CV-09-00883-PHX-ROS**<br><br>**STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANT NATIONAL CREDIT SYSTEMS, INC.** |

Defendant National Credit Systems, Inc. ("NCS") and Ray L. Glad ("Plaintiff"), by and through counsel undersigned, hereby stipulate to the dismissal of all claims against NCS in this matter, with prejudice, each party to bear their own attorneys' fees and costs.

**DATED** this 6th day of August, 2009.

| | |
|---|---|
| **BYBEE LAW CENTER, PLC** | **MARISCAL, WEEKS, MCINTYRE<br>& FRIEDLANDER, P.A.** |
| By: s/ Floyd W. Bybee (with permission)<br>    Floyd W. Bybee<br>    4445 E. Holmes Ave., Ste. 107<br>    Mesa, AZ 85206-3398<br>    Counsel for Plaintiff Ray L. Glad | By: s/ Michael Plati, Esq.<br>    Timothy J. Thomason<br>    Michael J. Plati<br>    2901 N. Central Avenue, Suite 200<br>    Phoenix, AZ 85012-2795<br>    Attorneys for Defendant National<br>    Credit Systems, Inc. |

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2009, I electronically transmitted the above pleading on behalf of Defendant to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Floyd W. Bybee, Esq.
**BYBEE LAW CENTER, P.L.C.**
4445 E. Holmes Ave., Suite 107
Mesa, Arizona 85206-3398
*Attorneys for Plaintiff*

Timothy J. Eckstein
**OSBORN MALEDON, P.A.**
P.O. Box 36379
Phoenix, AZ 85012-2794
*Attorney for Defendant Experian*

By:     s/ Cheryl LoStracco