1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  4445 E. Holmes Avenue
   Suite 107
3  Mesa, AZ 85206-3398
   Office: (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF ARIZONA**

10 
                                           )
11 **Ray L. Glad**,                        )   No. CV09-883-PHX-ROS
                                           )
12                                         )
                                           )
13      Plaintiff,                         )
                                           )
14 v.                                      )   **NOTICE OF SETTLEMENT**
                                           )
15 **National Credit Systems,**            )
   **Inc.;** and                           )
16 **Experian Information**                )
   **Solutions, Inc.;**                    )
17                                         )
                                           )
18      Defendants.                        )
                                           )
19 _____)

20      Plaintiff, by and through counsel, hereby gives

21 notice that Plaintiff and Defendant Experian Information

22 Solutions, Inc. have reached a settlement of all claims,

23 and will be filing a stipulation of dismissal within the

24 next 21 days.

25 / / /

DATED   August 10, 2009   .


      /s Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
4445 E. Holmes Avenue
Suite 107
Mesa, Arizona 85206-3398
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

The undersigned certifies that on   August 10, 2009, a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael J. Plati
Timothy J. Thomason
**MARISCAL WEEKS MCINTYRE
 & FRIEDLANDER, PA**
2901 North Central, Suite 200
Phoenix, AZ 85012-2705
Attorneys for Defendant
 National Credit Systems, Inc.

Timothy J. Eckstein
**OSBORN MALEDON, PA**
2929 North Central, Suite 2100
Phoenix, AZ 85012-2794
Attorneys for Defendant
 Experian Information Solutions, Inc.

by   s/ Floyd W. Bybee