# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Ray L. Glad,** | No. CV09-883-PHX-ROS |
| Plaintiff, | |
| v. | **ORDER** |
| **National Credit Systems, Inc.;** and **Experian Information Solutions, Inc.;** | |
| Defendants. | |

Plaintiff and Defendant Experian Information Solutions, Inc., having stipulated to dismissal of this action with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

DATED this 21st day of August, 2009.

_____
Roslyn O. Silver
United States District Judge